IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JENNIFER P. TICE                                                                                       PLAINTIFF

V.                                  Case No. 5:13-cv-00019-KGB-JTK

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                             DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition received from Magistrate Judge Jerome T. Kearney (Dkt. No. 12).  No objections have been filed, and the time for filing objections has passed.  After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as the Court's findings in all respects.

It is therefore ordered that plaintiff Jennifer P. Tice's request for relief is denied, the Commissioner's decision is affirmed, and this case is dismissed with prejudice.  Judgment shall be entered accordingly.

SO ORDERED this 15th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE