IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JENNIFER P. TICE**                                                                                             **PLAINTIFF**

**V.**                            **Case No. 5:13-cv-00019-KGB-JTK**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice. The relief sought is denied, and the Commissioner's decision is affirmed.

SO ADJUDGED this 15th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE